IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SUZANNE STAFFORD, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-31 |
| v. | |
| RAS LAVRAR, LLC, | |
| Defendant. | |

**O R D E R**

Plaintiff filed her Complaint initiating this action on February 4, 2022. (Doc. 1.) Plaintiff has since filed a Notice of Voluntary Dismissal, stating her intent to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 7.) No answer or motion for summary judgment has been filed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is **DISMISSED WITH PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 20th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA